1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VILLA, LUPE G. VILLA, | CV 08–5050 PA (RZx) |
| Plaintiffs, | PRELIMINARY INJUNCTION |
| v. | |
| CHEVY CHASE BANK, FSB, | |
| Defendant. | |

In accordance with the Court's September 15, 2008 Order granting plaintiffs Ramon Villa and Lupe G. Villa's ("Plaintiffs") motion for a preliminary injunction,

IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Chevy Chase Bank, FSB, its counsel, agents, and representatives be and hereby are preliminarily enjoined during the pendency of this action, or until further order of this Court, pursuant to Federal Rule of Civil Procedure 65, from engaging in, committing, or performing directly or indirectly any foreclosure proceeding on the property located at 609 East Grant Street, Santa Maria, California, 93454.

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that as security for this
2  injunction, Plaintiffs shall pay to Defendant $605.65 each month, on the first of the month,
3  beginning on October 1, 2008, during the pendency of this action, or until further order of
4  this Court.  This injunction is conditioned upon Plaintiffs making each of these payments.
5  **THE FAILURE TO MAKE A PAYMENT MAY RESULT IN THE DISSOLUTION**
6  **OR CANCELLATION OF THE INJUNCTION**.

DATED: September 16, 2008

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE