1  JEANNIE BARRETT # 75356
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2  2050 S. Broadway, Suite G
   Santa Maria, CA 93454
3  Telephone: (805) 922-4563
   Facsimile: (805) 928-0693
4
5  Attorneys for Plaintiffs                              JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VILLA, LUPE G. VILLA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CHEVY CHASE BANK, FSB<br><br>          Defendant. | Case No.<br>CV08-05050 PA (Rzx)<br><br>ORDER DISMISSING<br>ENTIRE ACITON<br>WITH PREJUDICE<br>[F.R.C.P. 41] |
| CHEVY CHASE BANK, F.S.B.,<br><br>          Cross-Claimant,<br><br>     vs.<br><br>KEVIN LANDRUS, DOING<br>BUSINESS AS CALIFORNIA<br>MORTGAGE CONSULTANTS, A<br>CALIFORNIA CORPORATION,<br><br>          Cross-Defendant. | |

The Stipulation of all parties to the action herein for an order dismissing the entire action with prejudice due to settlement pursuant to Rule 41 of the Federal Rules of Civil Procedure was filed September 22, 2009.  The Stipulation sets forth that all terms and conditions of the settlement have been completed.

Having considered the parties' signed stipulation and request, the Court finds and orders as follows:

| | |
|---|---|
| 1 | 1.  The parties reached a resolution of this matter on |
| 2 | August 21, 2009; |
| 3 | 2.  The terms of the settlement have been satisfied and the |
| 4 | parties mutually wish to dismiss the action with prejudice; |
| 5 | Good cause appearing therefore, |
| 6 | IT IS SO ORDERED that the entire action is dismissed with |
| 7 | prejudice, as to all defendants. |
| 8 | DATED: 09/22/09 |
| 9 | _____ |
| 10 | UNITED STATES DISTRICT JUDGE<br>PERCY ANDERSON |

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
[F.R.C.P. 41]
CV08-05050 PA